PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Alyson.Berg2@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PHILLIPS, SURVIVING BIOLOGICAL SON OF DECEDENT, RICHARD PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  1:23-cv-01753-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |

Plaintiff Eric Phillips ("Plaintiff"), and Defendant United States ("Defendant"), stipulate, by and through the undersigned counsel, to continue the date of the scheduling conference currently set for March 21, 2024, at 8:30 a.m. before Magistrate Judge Barbara A. McAuliffe until on or about April 17, 2024, at 9:30 a.m.

Good cause exists for this stipulated continuance because the United States' responsive pleading is due after the date currently set for the Scheduling Conference.  The parties agree the United States should have an opportunity to timely appear in this action and then work with Plaintiff to submit a meaningful Joint Scheduling Report.  The short continuance of the Scheduling Conference will not cause any prejudice to the parties as this action was recently commenced.

IT IS SO STIPULATED.

Dated: February 26, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney

Attorneys for THE UNITED STATES OF AMERICA

Dated: February 26, 2024

/s/ *Robert D. Bassett*
ROBERT D. BASSETT
QUINLAN KERSHAW & FANUCCI LLP

Attorneys for Plaintiff, Eric Phillips

ORDER

Having reviewed the stipulation submitted by the parties, and finding good cause, the Scheduling Conference currently set for March 21, 2024, is hereby continued to **April 23, 2024, at 10:00 a.m.** in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **February 27, 2024**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE