UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PHILLIPS, SURVIVING BIOLOGICAL SON OF DECEDENT, RICHARD PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:23-cv-01753-BAM<br><br>**ORDER DIRECTING CLERK TO AMEND CAPTION AND CORRECT DOCKET INFORMATION** |

Plaintiff Eric Phillips, surviving biological son of decedent Richard Phillips, filed a first amended complaint to correct a typographical error as to the spelling of decedent Richard Phillips' name. (Doc. 16.) Additionally, the court notes that the docket information and case name incorrectly identify Eric Phillips as "Eric Phliips" and Richard Phillips as "Richard Philips." The Clerk of the Court is therefore directed to amend both the caption and the docket in this matter to correct the typographical errors in the names of Plaintiff Eric Phillips and decedent Richard Phillips.

IT IS SO ORDERED.

Dated:  **April 24, 2024**            /s/ Barbara A. McAuliffe
                                                                   UNITED STATES MAGISTRATE JUDGE