1  MICHELE BECKWITH
   Acting United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Alyson.Berg2@usdoj.gov

6  Attorneys for United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | ERIC PHILLIPS, SURVIVING BIOLOGICAL SON OF DECEDENT, RICHARD PHILLIPS, | CASE NO. 1:23-cv-01753-BAM |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF [PROPOSED ORDER]** |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

17

18         TO THE HONORABLE COURT:

19         Plaintiff Eric Phillips, and Defendant United States (collectively, "the Parties"), by and through

20 their respective counsel of record, hereby agree to the following Stipulation to extend the non-expert

21 discovery cut-off. Good cause exists for such a short extension of the non-expert discovery cut-off as

22 discussed below.

23         WHEREAS, the non-expert discovery in this case is ordered to be completed no later than April

24 18, 2025 (Dkt 21).;

25         WHEREAS the Parties exchanged expert reports on January 15, and 16, 2025, with the intent

26 that the Parties could use this informal exchange to meet and confer regarding a possible resolution of

27 the case rather than United States filing a dispositive motion. In the meantime, the Parties agreed to

28 save time costs and not conduct fact witness depositions until after the informal exchange of expert

JOINT STIPULATION TO EXTEND NON-EXPERT
DISCOVERY CUT-OFF [PROPOSED ORDER

1

1  reports. However, after exchange of the expert reports were unsuccessful at resolving the case, counsel
2  for the Parties agreed that it would be beneficial to conduct fact witness depositions followed by expert
3  depositions before renewing their efforts at resolution. Counsel for the Parties agreed that the
4  depositions of fact witness, including but not limited to Eric Phillips and Dr. Agarwal would be
5  beneficial to continue the negotiations.

6  WHEREAS counsel for the Parties are meeting and conferring about deposition dates for fact
7  witnesses, and have tentatively agreed to conduct the depositions on March 20 and 21, 2025 or as soon
8  thereafter as possible. Nevertheless, it is likely there will be additional fact witness deposition that may
9  occur later in April, 2025, and beyond the current deadline of April 18, 2025.

10  WHEREAS the Parties agree that a brief extension of the non-expert discovery cut-off to June 2,
11  2025, would allow sufficient time to complete non-expert discovery before renewing their efforts at
12  resolution to avoid the United States filing its dispositive motion.

13  WHERAS the Parties agree that this brief extension of the non-expert discovery cut-off will not
14  affect any other dates in the case.

15  According, the Parties hereby stipulate and agree to extend the non-expert discovery cut-off to
16  June 2, 2025, and respectfully request that the Court enter the [Proposed] Order pursuant to the
17  terms of this Stipulation.

Dated: January 30 2025

MICHELE BECKWITH
Acting United States Attorney

By:  /s/ *Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney

Attorneys for Defendant United
States of America

JOINT STIPULATION TO EXTEND NON-EXPERT
DISCOVERY CUT-OFF [PROPOSED] ORDER

2

1
2
3  Dated: January 30, 2025                    /s/ Robert Bassett
4                                             ROBERT D. BASSETT
                                              QUINLAN KERSHAW & FANUCCI LLP
5                                             Attorneys for Plaintiff, Eric Phillips
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Before the Court is the Parties' stipulation to extend the non-expert discovery cut-off deadline. Good cause exists to extend the non-expert discovery cut-off deadline while the parties conduct fact witness depositions. IT IS THEREFORE ORDERED that date for the non-expert discovery cut-off deadline is continued to **June 2, 2025**. No further extensions of time will be granted absent a demonstrated showing of good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated: **February 4, 2025**                    /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE