Robert D. Bassett, Esq. #192169
QUINLAN, KERSHAW & FANUCCHI
2125 Merced Street
Fresno, California 93721
Telephone: (559) 268-8771
Facsimile: (559) 268-5701
Email:  r.bassett@qkffirm.com

Attorneys for Plaintiff, ERIC PHILLIPS, surviving biological son of
Decedent, Richard Phillips

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC PHILLIPS, SURVIVING BIOLOGICAL SON OF DECEDENT, RICHARD PHILLIPS, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.  1:23-cv-01753-FJS <br><br> **STIPULATION OF DISMISSAL [FRCP41(a)] and ORDER OF DISMISSAL** <br><br> (ECF No. 37) <br><br> Action Filed:  11/12/2024 |

Plaintiff, ERIC PHILLIPS and defendant, UNITED STATES OF AMERICA, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Dated:  April 13, 2026.                    QUINLAN, KERSHAW & FANUCCHI, LLP


                                           */s/ Robert D. Bassett*
                                           Robert D. Bassett, Esq.
                                           Attorneys for Plaintiff, ERIC PHILLIPS

Dated:  April 16, 2026.

ERIC GRANT
United States Attorney


By:   /s/ Alyson A. Berg
ALYSON A. BERG
Assistant United States Attorney
Attorneys for Defendant

STIPULATION OF DISMISSAL [FRCP41(a)] and ORDER OF DISMISSAL

ORDER

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), (ECF No. 37), IT IS ORDERED THAT THIS ACTION BE, AND HERE IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party to bear their own attorneys' fees and costs. *See* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated:    **April 21, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE